UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RENE GATO, | ) | |
| Petitioner, | ) | 2: 10-cv-01748-KJD-RJJ |
| vs. | ) | |
| | ) | **ORDER** |
| GREGORY SMITH, et al, | ) | |
| Respondent. | ) | |

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner is proceeding *pro se*. On October 22, 2010, petitioner filed a motion to submit evidence. (Docket #7.) The court finds that this is an attempt to circumvent the court's order of October 19, 2010, in which it denied petitioner's motion for an evidentiary hearing. (Docket #5.) Petitioner's motion to submit evidence is **DENIED** for the reasons previously explained to petitioner in the court's earlier order.

DATED: October 27, 2010.

_____
UNITED STATES DISTRICT JUDGE