1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11  RENE GATO,                              )
                                            )
12          Petitioner,                     )        2: 10-cv-01748-KJD-RJJ
                                            )
13  vs.                                     )
                                            )        **ORDER**
14  GREGORY SMITH, et al,                   )
                                            )
15          Respondent.                     )
    _____/

16
17

18          This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state

19  prisoner is proceeding *pro se*.  On October 19, 2010, the court entered an order denying petitioner's

20  motion for appointment of counsel.  (Docket #5.)  On November 12, 2010, petitioner filed a motion

21  for reconsideration of that order.  (Docket #11.)  Although petitioner claims to have limited

22  education and skills in the English language, the petition on file in this action is well-written and

23  sufficiently clear in presenting the issues that petitioner wishes to bring. The court finds no basis for

24  reconsideration of its prior order.  **IT IS THEREFORE ORDERED** that petitioner's motion for

25  reconsideration is **DENIED**.  (Docket #11.)

26

1  The court's order of October 19, 2010, provided in part as follows:

2    **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney General of the State of Nevada a copy of every pleading, motion, or other document he submits for consideration by the court.  Petitioner shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Attorney General.  The court may disregard any paper that does not include a certificate of service.  After respondents appear in this action, petitioner shall make such service upon the particular Deputy Attorney General assigned to the case.

7 On November 12, 2010, petitioner filed a motion to amend his petition.  (Docket #12.)  This motion

8 does not include a certificate of service on the Attorney General of the State of Nevada.  **IT IS**

9 **THEREFORE ORDERED** that the motion will  be **DISREGARDED** by the court.  (Docket #12.)

10  DATED:  November 17, 2010.

_____
UNITED STATES DISTRICT JUDGE

2